

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

MARIO CARROLL,                              ◊

    Petitioner,                          ◊

                                         ◊

VS.                                          ◊      No. 05-1290-T/An

                                         ◊

RICKY J. BELL,                               ◊

    Respondent.                          ◊

---

## ORDER FOR RESPONDENT TO FILE RECORD AND TO RESPOND

---

Petitioner Mario Carroll, Tennessee Department of Correction prisoner number 314896, an inmate at the Riverbend Maximum Security Institution ("RMSI") in Nashville, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2254 on September 9, 2005 in the United States District Court for the Middle District of Tennessee, along with an application seeking leave to proceed *in forma pauperis* and a motion for appointment of counsel. On September 9, 2005, District Judge Robert Echols issued an order granting leave to proceed *in forma pauperis* and transferring the petition to this district, where it was docketed on September 30, 2005. The Clerk shall record the respondent as RMSI warden Ricky J. Bell.

It is ORDERED, pursuant to Rule 4 of the Rules Governing § 2254 Cases, that respondent Ricky J. Bell file a response to the petition within twenty-three (23) days. The response shall include the complete record before the trial court, the appellate court record

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/8/05

6

on direct appeal, and the complete trial and appellate court record in connection with Carroll's state petition for collateral relief.

It is further ORDERED, pursuant to Rule 4, that the Clerk shall send a copy of the petition and this order to Ricky J. Bell and the Tennessee Attorney General and Reporter by certified mail.

IT IS SO ORDERED this ___3rd___ day of November, 2005.

_James D. Todd_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01290 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Mario Carroll
SPR-RIVERBEND MAXIMUM SECURITY INSTITUTION
314896
7475 Cockrill Bend Industrial Road
Nashville, TN 37209--104

Ricky J. Bell
Riverbend Maximum Security  Prison
7475 Cockrill Bend Road
Nashville, TN 37243

Honorable James Todd
US DISTRICT COURT